# ALABAMA COURT OF CRIMINAL APPEALS



June 6, 2025

**CR-2024-0445**
Learonardo Truss v. State of Alabama (Appeal from Walker Circuit Court: CC-00-453.66)

# NOTICE

You are hereby notified that on June 6, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk